IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY LYNN VOLPICELLA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-3525 |
| | : | |
| ANDREW M. SAUL,[1] | : | |

**ORDER**

**AND NOW**, this 12th day of November, 2019, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and after no objections being filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **GRANTED**;

3. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**;

4. This case is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation; and

5. The Clerk of Court shall mark this case **CLOSED**.

                          **BY THE COURT:**

                          **/s/ Jeffrey L. Schmehl**
                          Jeffrey L. Schmehl, J.

---

[1] Andrew M. Saul was sworn in as the Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, therefore, he should be substituted for Nancy A. Berryhill as Defendant in this suit.